DISCIPLINARY COUNSEL *v*. GOODMAN.

**[Cite as *Disciplinary Counsel v. Goodman*,**

**126 Ohio St.3d 1240, 2010-Ohio-4986.]**

*Attorneys at law — Reciprocal discipline from the Supreme Court of New Mexico*

*— Public reprimand — Gov.Bar R. V(11)(F)(4).*

(No. 2010-1318 — Submitted September 13, 2010 — Decided

September 20, 2010.)

ON CERTIFIED ORDER of the Supreme Court of New Mexico, No. 31,936.

_____

**{¶ 1}** This cause is pending before the Supreme Court of Ohio in accordance with the reciprocal discipline provisions of Gov.Bar R. V(11)(F).

**{¶ 2}** On July 28, 2010, relator, Disciplinary Counsel, filed with this court a certified copy of an order of the Supreme Court of the State of New Mexico entered December 17, 2009, in *In re Goodman*, in case No. 31,936, publicly reprimanding respondent. The respondent did not provide written notification to the Clerk of this court within 30 days as required by Gov.Bar R. V(11)(F)(1). On August 4, 2010, this court ordered respondent to show cause why identical or comparable discipline should not be imposed in this state. Respondent did not respond to the show cause order. This cause was considered by the court and on consideration thereof,

**{¶ 3}** It is ordered and adjudged by this court that pursuant to Gov.Bar R. V(11)(F)(4), respondent, Jay Phillip Goodman, Attorney Registration No. 0036729, last known business address in Sante Fe, New Mexico, be publicly reprimanded.

**{¶ 4}** It is further ordered, sua sponte, by the court that within 90 days of the date of this order, respondent shall reimburse any amounts that have been

awarded against respondent by the Clients' Security Fund pursuant to Gov.Bar R. VIII(7)(F). It is further ordered, sua sponte, by the court that if, after the date of this order, the Clients' Security Fund awards any amount against respondent pursuant to Gov.Bar R. VIII(7)(F), respondent shall reimburse that amount to the Clients' Security Fund within 90 days of the notice of such award.

{¶ 5}  It is further ordered, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings. All documents are subject to Rules 44 through 47 of the Rules of Superintendence for the Courts of Ohio, which govern access to court records.

{¶ 6}  It is further ordered, sua sponte, that service shall be deemed made on respondent by sending this order and all other orders in this case by certified mail to respondent's last known address.

{¶ 7}  It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____